

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

> Opinion No. O-3496
> Re: Meaning of the word "new"
> as used in the term "new
> cosmetics" in House Bill
> 8, 47th Legislature.

In your letter of May 5, 1941, you direct our attention to Section 1 of Article 10, House Bill 8, Forty-seventh Legislature, which, among other things, levies a gross receipts tax on "new cosmetics", and you request our opinion as to what significance should be given to the word "new", as so used.

The first paragraph of said Section 1, House Bill 8, reads:

> "Each person, partnership, association, or corporation selling at retail new radios or new cosmetics, shall make quarterly on the first days of January, April, July, and October of each year, a report to the Comptroller, under oath of the owner, manager, or if a corporation, an officer thereof, showing the aggregate gross receipts from the sale of any of the above-named items for the quarter next preceding; and shall at the same time pay to the Comptroller a luxury excise tax equal to two (2) per cent of said gross receipts as shown by said report."

It is noted that the same tax is levied on gross receipts from the sale of "new radios." We do not believe that a different meaning can be given the word as it modifies radios from its meaning in the term "new cosmetics." And, as to radios, it quite evidently means new radios as distinguished from used or second-hand radios. While we must confess that the idea of a second-hand cosmetic seems a bit unusual to us, nevertheless, we are of the opinion that the

Honorable George H. Sheppard, Page 2

term "new cosmetics", means new as distinguished from used and second-hand cosmetics.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED MAY 16, 1942

FIRST ASSISTANT
ATTORNEY GENERAL

GRL:LM

By Glenn R. Lewis
Glenn R. Lewis
Assistant

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN